JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WINSTON FORNEY, | ) | Case No.  CV 14-3681-JGB (RNB) |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  August 29, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE